**SAG 23CV3455**

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF

MARYLAND BALTIMORE

| | | |
|---|---|---|
| ARTHUR HAIRSTON | | |
| PETITIONER, | BY | |
| V. | | CIVIL COMPLAINT |
| SOCIAL SECURITY ADMINISTRATION | * | FEDERAL QUESTION |
| MS. MARTIN SSA 14 COMPASS POINTE | * | 1331 |
| Martinsburg WV | * | ARTICLE III |
| Melissa Feldhan | * | VIOLATION OF The |
| Andrew Sual Secretary SSA | * | Freedom of Information |
| Defendant's | * | Act, 5 U.S.C. § 552 |

## JURISDICTION

The district court has original subject matter jurisdiction over this matter pursuant to 28 U.S.C. 1331 which grants the district courts "original jurisdiction of all civil actions arising under the.... laws.... of the United States." Also, Article III Section 2 U.S. Constitution "The judicial Power shall extend to all Cases, in Law and Equity, arising under this Constitution, the Laws of the United States, and Treaties made, or which shall be made, under their Authority;"

This complaint is well within the two-year time frame for filing such a complaint.

**COUNT ONE**:

Averment 1. Before filing this civil suit trying to remain civil. I filed a complaint with the SSA Office of Civil Rights and Equal Opportunity. See exhibit (1). I requested the original copy of my BPQY on 08/15/2022. See exhibit (2). It is a fact that there is no other means but this civil suit to secure the document I requested. It has been well over a year since I requested the same. The office of civil right refuses to correct this civil rights violation, SSA refuses to provide the document requested. Therefore, this suit under Federal Question and Article III is proper. All citizens of the United States of America are a protected class and fall under the protections of the United States Constitutions Equal Protections Clause.

I ask that this court order SSA to provide the document requested under the law FOIA. That's all I want.

The addresses of the defendant's are as follows for service.

ARTHUR HAIRSTON

This complaint was sent to the clerks office upon the address of Garmatz Federal Courthouse Suite 4228 Baltimore Maryland 21201 by U.S. First Class Mail this 22nd day of November 2023.

ARTHUR HAIRSTON

MS. MARTIN

SSA 14 COMPASS POINTE

Martinsburg WV 25404

Melissa Feldhan

SSA Office of Privacy/Disclosure

G-401 WHR

6401 Social Blvd

Baltimore Maryland 21235

Andrew Sual Secretary SSA

Jo Anne Barnhart Commissioner SSA

6401 Security BLVD

Baltimore MD 21235

.